Tommy SF Wang (SBN: 272409)
Elle Reed (SBN: 328602)
Wang IP Law Group, P.C.
18645 E. Gale Ave. Ste #205
City of Industry, CA 91748
Telephone: (626) 269-6753
Facsimile: (888) 827-8880
Email: twang@thewangiplaw.com; ereed@thewangiplaw.com

Attorneys for Plaintiff
BRAGEL INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGEL INTERNATIONAL, INC., <br><br> PLAINTIFF, <br><br> vs. <br><br> ZOETOP BUSINESS CO., LTD. dba SHEIN; and does 1 – 10, inclusive, <br><br> DEFENDANTS. | Case No.: 2:19-cv-10793 <br><br> **PLAINTIFF'S STATUS REPORT REGARDING EFFECTUATING SERVICE ON DEFENDANT** |

In response to the Court's Order Discharging Order to Show Cause Re Dismissal for Lack of Prosecution dated April 22, 2020 (Docket No. 17), Plaintiff Bragel International, Inc. ("Plaintiff") hereby files the first of its required reports to the Court regarding the status of Plaintiff's efforts to serve Defendant Zoetop Business Co., Ltd. dba Shein ("Defendant," "Shein," or "Zoetop") through the Hague Convention, as well as the procedural status of any ongoing settlement discussions.

///

PLAINTIFF'S STATUS REPORT TO THE COURT

Plaintiff's Counsel sets forth the following in its update to the Court:

1. Defendant and Plaintiff continue to be actively engaged in ongoing settlement negotiations at this time.

2. In light of the current global pandemic, effectuating service through the Chinese Central Authority under the Hague Convention continues to remain impracticable at this time.

3. Recent case law has affirmed that service effectuated through the Chinese Central Authority "has more recently been taking up to eighteen months to complete, and in some cases years." *Prod. & Ventures Int'l v. Axus Stationary (Shanghai) Ltd.*, 2017 WL 1378532, at *2 (N.D. Cal. Apr. 11, 2017).

4. This estimate was provided in 2017. It does not even *begin* to account for the additional delays that will inevitably be caused by the current global pandemic.

5. Furthermore, until recently, Plaintiff had remained hopeful that counsel would come to an agreement regarding service of Defendant without Court intervention. However, to date, counsel have been unable to do so.

6. As this Court is aware, courts in the Ninth Circuit routinely permit alternative service through a defendant's United States-based attorney, by email, and by FedEx or similar overnight mail service in cases such as the instant case.

7. As such, if counsel continue to be unable to successfully resolve this issue regarding service, Plaintiff will be constrained to file a Motion for Alternative Service on Defendant that requests that this Court issue an Order authorizing alternative service upon Defendant's domestic counsel, by email to Defendant's authorized representative, and/or by FedEx or similar overnight delivery service in order to advance the litigation of this case.

PLAINTIFF'S STATUS REPORT TO THE COURT

1    8.    Therefore, Plaintiff respectfully submits this Report to the Court with

2    the understanding that Plaintiff will almost certainly be constrained to file a

3    Motion for Alternative Service on Defendant shortly.

4

5    DATED: May 26, 2020                    Respectfully submitted,

6

7

8                            By:    **Songfong Tommy Wang**
                                     **Wang IP Law Group, P.C.**

9
                                     Attorneys for Plaintiff,
10                                   Bragel International, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

PLAINTIFF'S STATUS REPORT TO THE COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020, a copy of the foregoing **"PLAINTIFF'S STATUS REPORT REGARDING EFFECTUATING SERVICE ON DEFENDANT"** was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Tommy SF Wang

4

PLAINTIFF'S STATUS REPORT TO THE COURT