AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV 19-10793 JAK | DATE FILED<br>12/20/2019 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>BRAGEL INTERNATIONAL, INC., A CALIFORNIA CORPORATION | | DEFENDANT<br>ZOETOP BUSINESS CO., LTD. dba SHEIN; AND DOES 1 – 10, INCLUSIVE |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,794,831 | 12/16/2003 | BRAGEL INTERNATIONAL, INC |
| 2 | 4,699,212 | 3/10/2015 | BRAGEL INTERNATIONAL, INC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHED NOTICE OF VOLUNTARY DISMISSAL" |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>7/6/2020 |
|---|---|---|

**Copy 3—Upon termination of action.**